

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00566-CR

Joshua Mathew **TALBOTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR4058
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 30, 2022.

_____
Lori I. Valenzuela, Justice